FORM NO. 2 (LF002)

# United States Bankruptcy Court
## Western District of Tennessee

In re **Lucretia B. Anderson**  
Debtor(s)

Case No.  
Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **Lucretia B. Anderson** | S.S.# **xxx-xx-1935** |
| | (W) | S.S.# |
| ADDRESS: | **1407 Leflore Place** | |
| | **Memphis, TN 38106** | |
| PLAN PAYMENT: | Debtor(s) to pay $ **360.00** | (weekly, **every two weeks,** semi-monthly, monthly) |
| PAYROLL DEDUCTION: | **YES**   OR ( ) DIRECT PAY | |
| | BECAUSE: | |
| | FIRST PAYMENT DATE: | |
| PLACE OF EMPLOYMENT: | **Conduit Global Inc** | |
| ADMINISTRATIVE: | Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order. | |

MONTHLY PLAN PMT.

| | | |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan   ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | $ **0.00** |
| | Child support arrearage amount | $ **-NONE-** |
| PRIORITY CREDITORS: | **-NONE-** | $ **-NONE-** |

HOME MORTGAGE:   If no arrearage, ongoing payments are to be paid directly by the debtor(s).

**Statebridge Mortgage (1407 Leflore Place, Memphis, TN)**

| | | | | | |
|---|---|---|---|---|---|
| | Ongoing pmt. Begin | **October 1, 2016** | | | $ **471.00** |
| | Approx. arrearage | **9,894.30** | Interest | **0.00** % | $ **165.00** |

| SECURED CREDITORS; (retain lien 11 U.S.C. Sec. 1325{a}{5}) | VALUE COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PMT. |
|---|---|---|---|
| **City Treasury Office** | $ **221.90** | **12.00** % | $ **5.00** |
| **Shelby County Trustee** | $ **262.88** | **12.00** % | $ **6.00** |

UNSECURED CREDITORS:   Percentage to be paid to be determined by Trustee;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$16,049.00**

TERMINATION:   Plan shall terminate upon payment of the above, approximately **60** months.

**Rejected Leases**
 **-NONE-**:
**Assumed Leases**
 **-NONE-**:

*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.
<u>Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts.</u> General unsecured creditors will receive **TBDBT**%

DEBTOR'S ATTORNEY:   **ALLEN C. JONES**  
**Allen C. Jones**  
**314 Poplar Avenue**  
**Memphis, TN 38103**  
**901-522-9316**