**Dated: October 04, 2016**
**The following is SO ORDERED:**

_____
**Paulette J. Delk**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

IN RE: **ANDERSON, LUCRETIA B.**                     Case No. **16-25366**
         Debtor                                                              Chapter 13

**CONSENT ORDER MODIFYING PLAN (PRE-PETITION)**

It appears to the Court from the signatures hereto of **Allen Jones**, the Attorney for the Debtor, and the City of Memphis and from the entire record in this cause, that the Debtor's Plan should be amended to include and/or properly reflect the claim of the City of Memphis.

IT IS, THEREFORE, ORDERED ADJUDGED AND DECREED:

1. That the Debtor's plan is hereby amended in order to properly reflect the balance owed to the City of Memphis, under account number(s) **025065 00016    (1407 Leflore Pl.).**

2. That this creditor, the City of Memphis, be and said creditor is allowed to be paid as **Secured Class @ 100% with 12% interest per annum (pursuant to T. C. A. 67-5-2010)** in the amount of $**195.84** with monthly installments to be determined by the trustee at monthly installments for pre-petition taxes due and payable for tax year(s)**2016**.

3. That the Chapter 13 plan payments are increased accordingly.

Approved:

/s/ Elijah Noel, Jr._____
Elijah Noel, Jr. (#8655)
Attorney for Shelby County Trustee

**/s/ Allen Jones** (By Permission)
Attorney for Debtor

 /s/ George W. Stevenson
Chapter 13 Trustee

RETURN ADDRESS
Elijah Noel, Jr.
Shelby County Trustee
157 Poplar Ave., 3rd Floor
Memphis, TN 38103

The undersigned individual hereby certifies that the listed should be served via first class U.S. mail, postage prepaid, via hand delivery, or email true and correct copies of the **Consent Order Modifying Plan (Pre-Petition)** to all interested parties**:**

1. **Lucretia B. Anderson**, Debtor

2. **Allen Jones**, Debtor's Attorney

3. **George Stevenson**, Chapter 13 Trustee

/s/ Elmira S. Hord_____
Attorney/Movant Elijah Noel, Jr.
Elmira S. Hord/ Bankruptcy, Collection Dept.
157 Poplar Ave., 3rd Floor
Memphis, TN 38103
(901) 432-4776