B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

_____ District Of _____

In re _____, Case No. _____

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | US Bank, NA as Trustee for the PRP II Pals Investment Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o Law Offices of Damian G. Waldman, P.A.
10333 Seminole Blvd., Units 1&2
Seminole, FL 33778
Phone: _____
Last Four Digits of Acct #: _____

Court Claim # (if known): _____
Amount of Claim: _____
Date Claim Filed: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
c/o FCI Lender Services, Inc.
P.O. Box 27370
Anaheim, CA 92809-0112
Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____ Date:_____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.